UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHHNY D. COOPER, SR., | ) 1:09-cv-611-LJO-SMS |
| Plaintiff, | ) ORDER DIRECTING PLAINTIFF TO FILE ) A COMPLETED APPLICATION TO ) PROCEED IN FORMA PAUPERIS WITHIN |
| v. | ) TWENTY DAYS (DOC. 3) |
| ALAN M. SIMPSON, | ) DIRECTIONS TO THE CLERK TO SEND ) TO PLAINTIFF WITH THIS ORDER A |
| Defendant. | ) BLANK FORM FOR APPLICATION TO ) PROCEED IN FORMA PAUPERIS FOR A ) PERSON NOT IN CUSTODY |

Plaintiff is proceeding pro se with an action for damages and other relief on a complaint filed on April 6, 2009. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. Pending before the Court is Plaintiff's application to proceed in forma pauperis filed on April 6, 2009.

Although Plaintiff filed an application to proceed in forma pauperis, Plaintiff did not complete the application to proceed in forma pauperis. Plaintiff did not clearly state the amount of money he received as unemployment benefits. Further, although he stated he had a savings, cash or checking account, he inconsistently stated that the total amount was nothing.

1

Title 28 U.S.C. § 1915(a)(1) provides that any court of the United States may authorize the commencement, prosecution of defense of any civil or criminal suit, action, proceeding, or any appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets the person possesses and that the person is unable to pay such fees or give security therefor. Id.; Floyd v. United States Postal Service, 105 F.3d 274, 275-77 (6th Cir. 1997), modified on other grounds in Callihan v. Schneider, 178 F.3d 800, 801 (6th Cir. 1999).

Here, because Plaintiff did not complete his application, the Court cannot determine whether Plaintiff qualifies financially to proceed in forma pauperis. However, the Court will give Plaintiff an opportunity either to pay the $350.00 filing fee, or to submit a new application that is complete and that gives the Court all the required information.

Accordingly, it IS ORDERED that no later than twenty days after the date of service of this order Plaintiff SUBMIT a completed application to proceed in forma pauperis OR PAY the $350.00 filing fee; and the Clerk IS DIRECTED to send to Plaintiff with this order a blank application to proceed in forma pauperis for a person not in custody.

Plaintiff IS INFORMED that until receipt of the application or the expiration of the time for filing such an application, Plaintiff's complaint and other documents shall remain on file, but the Court will not proceed to screen the complaint until either the filing fee is paid, or a completed application to proceed in forma pauperis is received.

Plaintiff is warned that a failure to comply with this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated: April 27, 2009**             /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE