UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHHNY D. COOPER, SR.,<br><br>        Plaintiff,<br><br>  v.<br><br>ALAN M. SIMPSON,<br><br>        Defendant. | 1:09-cv-09-611-LJO-SMS<br><br>ORDER DIRECTING PLAINTIFF TO FILE A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN TWENTY DAYS (DOCS. 3, 5)<br><br>DIRECTIONS TO THE CLERK TO SEND TO PLAINTIFF WITH THIS ORDER A BLANK FORM FOR APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PERSON NOT IN CUSTODY |

INFORMATIONAL ORDER TO PLAINTIFF

Plaintiff is proceeding pro se with an action for damages and other relief on a complaint filed on April 6, 2009. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. Pending before the Court is Plaintiff's application to proceed in forma pauperis filed on April 30, 2009.

On April 28, 2009, the Court ordered Plaintiff to file a second application to proceed in forma pauperis because Plaintiff's initial application was incomplete. In that order, the Court specifically instructed Plaintiff to provide the omitted information, namely, the amount of money received as

1

unemployment benefits; further, Plaintiff had inconsistently stated that he had cash or checking or savings accounts, but he had stated that the total amount was nothing. Plaintiff was instructed to complete the application in order to enable to Court to determine whether Plaintiff qualified financially to proceed in forma pauperis.

Plaintiff's most recently filed application still fails to state the total amount of unemployment benefits he receives; further, he still, apparently inconsistently, states that he has cash or checking or savings accounts, but he states the total amount is nothing.

Title 28 U.S.C. § 1915(a)(1) provides that any court of the United States may authorize the commencement, prosecution of defense of any civil or criminal suit, action, proceeding, or any appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets the person possesses and that the person is unable to pay such fees or give security therefor. Id.; Floyd v. United States Postal Service, 105 F.3d 274, 275-77 (6th Cir. 1997), modified on other grounds in Callihan v. Schneider, 178 F.3d 800, 801 (6th Cir. 1999).

Here, because Plaintiff did not complete his application, the Court cannot determine whether Plaintiff qualifies financially to proceed in forma pauperis. However, the Court will give Plaintiff one last opportunity either to pay the $350.00 filing fee, or to submit a new application that is complete and that gives the Court all the required information.

Accordingly, it IS ORDERED that no later than twenty days

after the date of service of this order Plaintiff SUBMIT a completed application to proceed in forma pauperis OR PAY the $350.00 filing fee; and the Clerk IS DIRECTED to send to Plaintiff with this order a blank application to proceed in forma pauperis for a person not in custody.

Plaintiff IS INFORMED that until receipt of the application or the expiration of the time for filing such an application, Plaintiff's complaint and other documents shall remain on file, but the Court will not proceed to screen the complaint until either the filing fee is paid, or a completed application to proceed in forma pauperis is received.

Plaintiff IS INFORMED that a failure to comply with this order will be considered to be a failure to comply with an order of the Court and will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   May 8, 2009**           /s/ Sandra M. Snyder
                          UNITED STATES MAGISTRATE JUDGE