UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHHNY D. COOPER, SR., | 1:09-cv-09-611-LJO-SMS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S APPLICATIONS TO PROCEED IN FORMA PAUPERIS AND TO ORDER PLAINTIFF TO PAY THE FILING FEE OR SUFFER DISMISSAL OF THE ACTION FOR FAILURE TO FOLLOW COURT ORDERS (DOCS. 3, 5, 7, 9) |
| v. | |
| ALAN M. SIMPSON, | |
| Defendant. | |
| | ORDER DIRECTING PLAINTIFF TO PAY THE $350.00 FILING FEE WITHIN TWENTY DAYS OR SUFFER TERMINATION OF THIS ACTION |

Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On June 3, 2009, the Magistrate Judge filed findings and a recommendation that the District Judge deny Plaintiff's application to proceed in forma pauperis because Plaintiff had repeatedly failed to complete an application to proceed in forma pauperis, and thus the Court was unable to determine whether or not Plaintiff had demonstrated his poverty. The findings and

recommendation were served on all parties on June 3, 2009, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed June 3, 2009, are ADOPTED IN FULL; and

2. Plaintiff's application to proceed in forma pauperis IS DENIED; and

3. Plaintiff IS DIRECTED to pay the $350.00 filing fee within twenty days of service of this order; and

4. Plaintiff IS INFORMED that a failure to pay the $350.00 filing fee within twenty days of service of this order will result in the dismissal or termination of this action.

IT IS SO ORDERED.

**Dated:   June 29, 2009**                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE